U UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61989-CIV-DIMITROULEAS

RYAN TURIZO, Individually and on
behalf of all others similarly situated,

    Plaintiffs,

vs.

SLOMIN'S INC.,

    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE is before the Court on the Parties' Notice of Pending Settlement [DE 11], filed on November 14, 2019.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file the appropriate dismissal papers[1] on or before **November 25, 2019**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of November, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of Record

---

[1] If the parties expect the Court to retain jurisdiction over a settlement agreement, the stipulation of dismissal must include language conditioning the stipulation on the Court retaining jurisdiction to enforce the settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F. 3d 1272, 1280 (11th Cir. 2012).