UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61989-CIV-DIMITROULEAS

RYAN TURIZO, Individually and on
behalf of all others similarly situated,

    Plaintiffs,

vs.

SLOMIN'S INC.,

    Defendant.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (the "Notice") [DE 13], filed herein on November 25, 2019. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 13] is hereby **APPROVED**.

2. This case is **DISMISSED** with prejudice.

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of November, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record